IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MISTY D. HODGINS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:07CV423-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. #23), it is

ORDERED that Defendant shall file a Response to the application, **on or before 12 March 2008.**

DONE this 27th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE