IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MISTY D. HODGINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:07CV423-WC |

**ORDER ON MOTION**

Upon consideration of Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. #23), and there being no opposition (Doc.#25), it is

ORDERED that Plaintiff's motion (Doc. #23) is GRANTED. It is further

ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $3,531.25.

Done this 10th of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE